UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA TAXSON,

        Plaintiff,

v.

CUSHMAN & WAKEFIELD U. S., INC.,

        Defendant.

Case No. 24-cv-02704-HSG

**SCHEDULING ORDER**

A case management conference was held on August 14, 2024. Having considered the parties' proposal, *see* Dkt. No. 21, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | October 22, 2024 |
| Close of Fact Discovery | January 8, 2025 |
| Exchange of Opening Expert Reports | January 15, 2025 |
| Exchange of Rebuttal Expert Reports | January 29, 2025 |
| Close of Expert Discovery | February 12, 2025 |
| Dispositive Motion Hearing Deadline | March 27, 2025, at 2:00 p.m. |
| Pretrial Conference | June 17, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | July 7, 2025, at 8:30 a.m. |

//

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause. The parties are directed to review and comply with this Court's standing orders.
3    **IT IS SO ORDERED.**
4    Dated:   8/15/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge